COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| IN RE: JAIME LUEVANO, | § | No. 08-09-00301-CR |
| | § | |
| | | AN ORIGINAL PROCEEDING |
| Relator. | § | |
| | | IN MANDAMUS |
| | § | |
| | § | |

**MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS**

Relator has filed a *pro se* petition for writ of mandamus requesting this Court to compel the Judge of the 120th Judicial District Court to produce "indictments."

Relief by writ of mandamus will only granted in extraordinary circumstances where the Relator is able to establish the trial court has clearly abused its discretion, and no adequate remedy at law exists. *See State ex. rel Young v. Sixth Judicial Dist. Court of Appeals at Texarkana*, 236 S.W.3d 207, 210 (Tex.Crim.App. 2007). Based on the petition and record before us, we are unable to conclude that Relator is entitled to the relief requested. Accordingly, mandamus relief is denied. *See* TEX.R.APP.P. 58.2(a).

Also pending before the Court, is Relator's, "Emergency Motion to Expedite-To Amend- To Appoint Counsel-Etc." Given the disposition of Relator's petition for writ of mandamus, this motion is denied.

January 20, 2010

_____
ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)